| | | |
|---|---|---|
| People v Williams (Christopher) | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 141(A) (Kings) | denied 10/27/16 (Rivera, J.) |
| People v Williams (DeAndre) | App Div, 2d Dept: 2016 NY Slip Op 73385(U) (Westchester) | denied reconsideration 10/11/16 (Rivera, J.) |
| People v Williams (Harry) | 4th Dept: 141 AD3d 1109 (Monroe) | denied 10/12/16 (Rivera, J.) |
| People v Williams (Isiah) | App Div, 4th Dept: 2016 NY Slip Op 74620(U) (Monroe) | denied reconsideration 10/27/16 (Abdus-Salaam, J.) |
| People v Williams (Isiah) | App Div, 4th Dept: 2016 NY Slip Op 74620(U) (Monroe) | denied reconsideration 10/27/16 (Abdus-Salaam, J.) |
| People v Williams (Isiah) | App Div, 4th Dept: 2016 NY Slip Op 74620(U) (Ontario) | denied reconsideration 10/27/16 (Abdus-Salaam, J.) |
| People v Williams (Isiah) | App Div, 4th Dept: 2016 NY Slip Op 74620(U) (Monroe) | denied reconsideration 10/27/16 (Abdus-Salaam, J.) |
| People v Wingate (Blake) | App Div, 2d Dept: 2016 NY Slip Op 77699(U) (Queens) | denied 10/17/16 (Garcia, J.) |
| People v Wingate (Terry) | 2d Dept: 142 AD3d 630 (Kings) | denied 10/19/16 (Rivera, J.) |
| People v Wrenn | App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 141(A) (Nassau) | denied 10/11/16 (Pigott, J.) |

(October 1, 2016 through October 31, 2016)

| | | |
|---|---|---|
| People v Peguero-Sanchez | 2d Dept: 141 AD3d 608 (Suffolk) | granted 10/17/16 (Austin, J.) |

[65 NE3d 698, 42 NYS3d 668]

# GEORGE NEWMAN et al., Appellants, v RCPI LANDMARK PROPERTIES, LLC, et al., Respondents.

Argued October 18, 2016; decided November 17, 2016